**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

| | |
|---|---|
| Appellate case name: | Senior Care Living, VI, LLC and Mark C. Bouldin v. Preston Hollow Capital, LLC, UMB Bank N.A., and TMI Trust Company |
| Appellate case number: | 01-21-00602-CV |
| Trial court case number: | 19-DCV-265897 |
| Trial court: | 458th District Court of Fort Bend County |

Appellants, Senior Care Living, VI, LLC ("Senior Care") and Mark C. Bouldin, have appealed from the trial court's August 4, 2021 Final Judgment and Order Appointing Post-Judgment Receiver. In its Final Judgment, the trial court awarded damages, in the cumulative amount, of approximately $50 million, in favor of appellees, Preston Hollow Capital, LLC, UMB Bank N.A., and TMI Trust Company (collectively, "appellees").

On November 29, 2022, appellant, Mark C. Bouldin, filed an "Emergency Motion to Enforce Stay." On November 30, 2022, Bouldin filed a "Supplement to Emergency Motion to Enforce Stay." In the motion and supplement, Bouldin requested that this Court enter a temporary order pursuant to Texas Rule of Appellate Procedure 24.4(c) to "extend[] the time for Mr. Bouldin to post a new bond until [a]ppellees have ceased all collection efforts and the garnishments at issue are released," and to "stay[] all collection and judgment enforcement activities on behalf of [a]ppellees." In his November 29, 2022 motion and November 30, 2022 supplement, Bouldin requested that this Court enter the requested order "by Friday December 2, 2022."

On December 1, 2022, appellees filed a response in opposition to Bouldin's emergency motion to enforce stay. Also on December 1, 2022, Bouldin filed a "Reply to Appellees' Response to Emergency Motion to Enforce Stay."

Bouldin's emergency motion and supplement to enforce stay are **denied**.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
☑ Acting individually     ☐ Acting for the Court

Date:  ___December 2, 2022_____